COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

| | |
|---|---|
| Appellate case name: | Holly Brooke Schaumleffel v. GS/TPRF III Houston Med. Ctr., LP |
| Appellate case number: | 01-18-00516-CV |
| Trial court case number: | 1110670 |
| Trial court: | County Civil Court at Law No. 2 of Harris County |

This Court's September 5, 2018 Memorandum Order of Referral to Mediation ("Mediation Order") had referred this appeal to mediation. On the same day, the Clerk of this Court's September 5, 2018 notice had granted the appellant's motion for an extension of time to file her brief until October 4, 2018. After appellee filed its objection to the Mediation Order on September 7, 2018, this Court's September 12, 2018 Order withdrew the Mediation Order. On October 8, 2018, appellant's brief was filed.

On October 12, 2018, appellee filed a motion to dismiss this appeal for want of prosecution. Appellee contends that this appeal should be dismissed for appellant's failure "to timely comply with almost all appellate deadline(s) set by this Honorable Court" under Rule 42.3(c), or for appellant's failure to timely file a brief and for failing to reasonably explain the failure, under Rule 38.8(a)(1). In the alternative, because appellee contends that appellant's brief, filed on October 8, 2018, three business days after the deadline, constitutes a frivolous appeal, appellee requests that it should be awarded damages, under Rule 45. Appellant has filed a response.

Accordingly, because appellant's brief was filed on October 8, 2018, the Court **DENIES** the appellee's motion to dismiss and request for damages. *See* TEX. R. APP. P. 38.8(a)(2), 45. Appellee's brief remains due by November 7, 2018.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley_____
　　　　　　　　　　☑ Acting individually　　☐ Acting for the Court
Date: October 23, 2018_____